EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 22 2004

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JASON CERNAL,<br><br>　　　　　Defendant. | CR. NO. CR04 00361 SOM<br><br>INDICTMENT<br><br>[18 U.S.C. §§ 922(n), 922(j)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about August 1, 2004 to and including August 11, 2004, in the District of Hawaii, JASON CERNAL, being a person under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit, Burglary in the First Degree and Theft in the Second Degree, as charged in the Indictment filed

with the Circuit Court of the Second Circuit, State of Hawaii, under Cr. No. 04-1-0320(1), filed on June 25, 2004, received a firearm which had been shipped and transported in interstate commerce, to wit, a Smith and Wesson .38 Caliber revolver, bearing serial number 1R0980.

All in violation of Title 18, United States Code, Section 922(n).

## COUNT 2

The Grand Jury further charges:

On or about August 1, 2004 to and including August 11, 2004, in the District of Hawaii, JASON CERNAL received, possessed, concealed, stored, bartered, sold, and disposed of any stolen firearm, to wit, a Smith and Wesson .38 Caliber revolver, bearing serial number 1R0980, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe that it was stolen.

All in violation of Title 18, United States Code, Section 922(j).

//
//
//
//
//
//

SENTENCING CONSIDERATION

For the offense charged in Count 1, the firearm, to wit, a Smith and Wesson .38 Caliber revolver, bearing serial number 1R0980 was stolen.

DATED: September 22, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

*[signature]*
RONALD G. JOHNSON
Chief, Violent Crime Section

*[signature]*
LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. JASON CERNAL
Cr. No. _____
"Indictment"